## RUMSEY v. STATE.
### No. 24978.

Court of Criminal Appeals of Texas.
Oct. 18, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for robbery, punishment being assessed at 20 years' in the penitentiary.

Appellant perfected an appeal to this court. He now files his personal affidavit advising the court that he does not further desire to prosecute his appeal, and at his request the appeal is dismissed.